IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILFREDO AROCHO,<br>individually and as representative of the<br>classes,<br><br>        Plaintiff,<br><br>v.<br><br>PEPCO HOLDINGS, INC.<br>701 Ninth Street, NW<br>Washington, DC 20068<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:14-cv-01549-JEB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL

This matter came before the Court on Plaintiff's Unopposed Motion For Preliminary Approval Of Class Action Settlement. The Court has considered the papers submitted by Plaintiff in support of the Motion. Upon careful consideration, the Motion is GRANTED. ACCORDINGLY, IT IS ORDERED THAT:

1. The Agreement, including all exhibits thereto, is preliminarily approved as fair, reasonable and adequate and within the range of reasonableness for preliminary settlement approval. The Court finds that: (a) the Agreement resulted from extensive arm's length negotiations; and (b) the Agreement is sufficient to warrant notice of the Settlement to persons in the Settlement Class and a final hearing on the approval of the Settlement;

2. Pursuant to Federal Rule of Civil Procedure 23(c), the Court preliminarily certifies, for settlement purposes only, the following Settlement Class:

> All individuals as to whom PHI obtained a "consumer report," as defined by the FCRA, for employment purposes during the period September 11, 2012 through October 10, 2014, which Settlement Class does not include those individuals who only received background checks that were (1) mandated by the Department of Transportation, and/or (2) mandated by the North American Electric Reliability Corporation and conducted by PHI outside PHI's staffing process, and further

does not include those individuals who timely and properly opt out pursuant to the procedures of the Settlement Agreement.

In connection with this preliminary certification, the Court makes the following preliminary findings for settlement purposes only:

(a) The Settlement Class appears to be so numerous that joinder of all members is impracticable;

(b) There appear to be questions of law and fact common to the Settlement Class for purposes of determining whether this Settlement should be approved;

(c) Plaintiff's claims appear to be typical of the claims being resolved through the proposed settlement;

(d) Plaintiff appears to be capable of fairly and adequately protecting the interests of the Settlement Class Members in connection with the proposed settlement;

(e) Common questions of law and fact appear to predominate over questions affecting only individual persons in the Settlement Class. Accordingly, the Settlement Class appears to be sufficiently cohesive to warrant settlement by representation; and

(f) Certification of the Settlement Class appears to be superior to other available methods for the fair and efficient resolution of the claims of the Settlement Class.

3. Nichols Kaster, PLLP is hereby APPOINTED as Class Counsel for purposes of settlement. The Court preliminarily finds that Nichols Kaster, PLLP have and will fairly and adequately represent and protect the interests of the Settlement Class.

4. Plaintiff Wilfredo Arocho is hereby APPOINTED as Class Representative for purposes of settlement. The Court preliminarily finds that Mr. Arocho has no conflicts with the Settlement Class and will fairly and adequately represent and protect the interests of the Settlement Class.

5. The parties' Class Notice is APPROVED for distribution in accordance with the schedule included in the Settlement Agreement.

6. Class Members shall have the right to either opt-out or object to this Settlement pursuant to the procedures and schedule included in the Settlement Agreement; and

7. A Final Approval Hearing is set for Sept 21, 2015, at 10:00 a.m., at the United District Court for the District of Columbia at 333 Constitution Avenue, NW, Washington, DC 20001.

It is SO ORDERED this 8th day of June, 2015.

_____
The Honorable James E. Boasberg
United States District Judge